## IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## JERSEY COUNTY, ILLINOIS

| | |
|---|---|
| IN RE THE MATTER OF THE APPLIC-<br>ATION OF THE COUNTY TREASURER<br>OF JERSEY COUNTY, ILLINOIS<br>FOR ORDER OF JUDGMENT AND SALE<br>AGAINST REAL ESTATE RETURNED<br>DELINQUENT FOR THE NONPAYMENT<br>OF GENERAL TAXES FOR THE YEAR 2000<br><br><br>PETITION OF: SCOTT K. MCLEAN<br>FOR A TAX DEED | 04-867 DRH<br><br>Case Number: 04-TX-5<br>Certificate Number: 152<br><br>FILED<br>JUN 10 2004<br>CHARLES E. HUEBENER<br>CLERK OF THE CIRCUIT COURT<br>SEVENTH JUDICIAL CIRCUIT JERSEY COUNTY ILL. |

### PETITION FOR AN ORDER DIRECTING ISSUANCE OF TAX DEED

Comes now the Petitioner, SCOTT K. MCLEAN, and respectfully represents to the Court as follows, to wit:

1. That on or about 11/05/2001, the parcel of land described below was duly and properly sold by the County Treasurer and Ex-Officio County Collector of JERSEY County, Illinois, at the annual tax sale for delinquent general taxes, interest, penalties and costs due and unpaid thereon for the year 2000, and the Tax Sale Certificate of Purchase was duly and properly issued to PRAIRIE STATE SECURITIES, L.L.C., purchaser of such tract.

**THE EAST HALF (1/2) OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 22, TOWNSHIP 9 NORTH, RANGE 10 WEST OF THE THIRD PRINCIPAL MERIDIAN, SITUATED IN JERSEY COUNTY, ILLINOIS WITH PRIVILEGE OF AND SUBJECT TO EASEMENTS, RESERVATIONS, RIGHT OF WAY GRANTS, EXCEPTIONS, COVENANTS, AGREEMENTS AND RESTRICTIONS OF RECORD.**

**PERMANENT INDEX NUMBER: 11-022-009-00**

2. On or about 06/09/2004, said PRAIRIE STATE SECURITIES, L.L.C., duly sold, assigned and transferred the certificate, described herein, to SCOTT K MCLEAN. The Petitioner is now the owner and holder of the Certificate of Purchase issued by the County Clerk of said County at said sale.

3. That Petitioner is the owner and holder of the Tax Sale Certificate of Purchase described herein, and that the period of redemption provided by law will expire as to such tract on 10/11/2004.

4. That upon compliance with all of the provisions of law relating thereto, Petitioner will be entitled to the entry of an Order herein directing the County Clerk of JERSEY County, Illinois, wherein the subject parcel is located, to issue a tax deed conveying the subject premises to Petitioner unless redemption thereof is made at the time and in the manner as provided by law.

EXHIBIT 1

**WHEREFORE**, Petitioner respectfully prays as follows, to wit:

    A. For the Order of this Court directing the County Clerk of JERSEY County, Illinois, to issue a tax deed in accordance with the provisions of 35 ILCS 200/22-30 and 200/22-65 as to the parcel described herein which shall not be redeemed from the aforesaid Tax Sale as provided by law, or in the alternative, if the Court shall find that Petitioner is not entitled to the tax deed for failure to comply with said Illinois Property Tax Code, or if any provision pursuant to Section 35 ILCS 200/21-310 or 35 ILCS 200/22-35 shall occur, that an Order be entered declaring a sale in error and requiring the refund to Petitioner of the amount of taxes, costs, penalties, and additional interest, if warranted, as represented by the aforesaid Tax Sale Certificate of Purchase as provided by Statute.

    B. For an Order of this Court to place tax deed grantee in possession of subject property and to order the Sheriff of this County to assist tax deed grantee in obtaining and maintaining possession of said property, pursuant to Section 35 ILCS 200/22-40.

    C. For the entry by this Court of such other Orders herein as may be necessary, incidental or convenient to maintain Petitioner as Grantee of the aforesaid parcel of real estate, and in possession thereof.

    D. For such other and further relief in the premises as Petitioner might be entitled.

Dated this 9 day of June, 2004.

                                              _/s/ Scott K. McLean_____
                                              SCOTT K. MCLEAN
                                              EDGEMONT STATION
                                              P.O. BOX 3378
                                              EAST ST. LOUIS, IL 62203-

STATE OF ILLINOIS )
) ss.
COUNTY OF JERSEY )

SCOTT K. MCLEAN, having been duly sworn, on oath deposes and says that he has read the above foregoing PETITION FOR AN ORDER DIRECTING ISSUANCE OF TAX DEED subscribed by him, and that the same is true in substance and in fact.

SCOTT K. MCLEAN

Subscribed and sworn to before me this 8th, day of June, 2004., and I do further certify that under and by virtue of the laws of the State of Illinois, I am authorized and empowered to administer oaths and make certificates.

```
" OFFICIAL SEAL "
TERESA R. BUSHONG
Notary Public, State of Illinois
My Commission Exp. 5/05/07
```

Notary Public, State Of Illinois

Certificate Number 152

Page 3 of 3